# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # ___6___

-----------------------------------------------------------

Thomas F. Dwyer

USCA NO. _____

SDNY NO. __07cv5864__
JUDGE: __DAB__
DATE: __7/30/ 2007__

-v-

Lally et al

-----------------------------------------------------------

## INDEX TO THE RECORD ON NON-APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENTS                                                                              DOC#

_____

Clerk's Certificate

_____

See Attached List of Numbered Documents

_____

Only Circled Documents Included

_____


( √ ) Original Record                              ( ___ ) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __30th__ Day of __July__, 2007.

**United States District Court for the Southern District of New York**

---

Thomas F. Dwyer

-V-

Lally et al

---

Date: 7/30/ 2007

U.S.C.A. # _____

U.S.D.C. # __07cv5864__

D.C. JUDGE __DAB__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _5_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __30th__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05864-DAB
Internal Use Only

Dwyer v. Lally et al
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Civil Rights Act

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Thomas F. Dwyer.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 2 | COMPLAINT against Thomas F. Lally, Paul Locascio, Village Maybrook Police Department. Document filed by Thomas F. Dwyer.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's request to proceed in forma pauperis and consolidate these two actions for the purpose of this order, but dismiss the complaints for the following reasons. Accordingly, the complaints, filed in forma pauperis under 28 U.S.C. 1915(a)(1) and consolidated for the purpose of this order, are dismissed as frivolous and for failure to state a claim on which relief may be granted. See pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 07/17/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Thomas F. Dwyer. (tp) (Entered: 07/30/2007) |
| 07/17/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Thomas F. Dwyer. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 07/30/2007) |
| 07/30/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/30/2007) |
| 07/30/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/30/2007) |